Presiding Judge: Matthew F. Kennelly
Magistrate Judge: Hearther K. McShain
Filed date 8/17/2022
Lead Case: 22cv4148
aee

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: RECALLED ABBOTT INFANT FORMULA
PRODUCTS LIABILITY LITIGATION                MDL No. 3037

(SEE ATTACHED SCHEDULE)



FILED
8/16/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 5, 2022, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F Kennelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 5, 2022, and, with the consent of that court, assigned to the Honorable Matthew F Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 16, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ANYA ELLIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 17, 2022

IN RE: RECALLED ABBOTT INFANT FORMULA
PRODUCTS LIABILITY LITIGATION                                MDL No. 3037

### SCHEDULE CT0-1 -TAG-ALONG ACTIONS

| | **DIST** | illY. | **C.A,NO,** | **CASE CAPTION** |
|---|---|---|---|---|
| | ARIZONA | | | |
| 22-cv-04340 | AZ | 2 | 22-00739 | Contreras v. Abbott Laboratories Incorporated |
| | COLORADO | | | |
| 22-cv-04341 | CO | 1 | 22-01114 | Diebert v. Abbott Laboratories, Inc. |
| | FLORIDA MIDDLE | | | |
| 22-cv-04343 | FLM | 5 | 22-00198 | Abbott v. Abbott Laboratories, Inc. |
| 22-cv-04344 | FLM | 6 | 22-00756 | Laciste et al v. Abbott Laboratories, Inc. |
| | FLORIDA NORTHERN | | | |
| 22-cv-04346 | FLN | 3 | 22-09557 | GREEN v. ABBOTT LABORATORIES INC |
| | FLORIDA SOUTHERN | | | |
| 22-cv-04347 | FLS | 9 | 22-80606 | Joy v. Abbott Laboratories, Inc. |
| | MICHIGAN EASTERN | | | |
| 22-cv-04351 | MIE | 5 | 22-10927 | Langer v. Abbott Laboratories, Inc. |
| | MINNESOTA | | | |
| 22-cv-04352 | MN | 0 | 22-01829 | Sanders v. Abbott Laboratories Inc. |
| | VERMONT | | | |
| 22-cv-04354 | VT | 5 | 22-00091 | Mailhiot v. Abbott Laboratories, Inc. |